*State of New York*
*Supreme Court, Appellate Division*
*Third Judicial Department*

Decided and Entered: October 2, 2014        D-57-14

_____

In the Matter of ATTORNEYS IN
   VIOLATION OF JUDICIARY LAW
   § 468-a.

COMMITTEE ON PROFESSIONAL                 MEMORANDUM AND ORDER
   STANDARDS,                            ON MOTION
                       Petitioner;

KEVIN PATRICK GALVIN,
                       Respondent.

(Attorney Registration No. 2243368)
_____

Calendar Date: September 29, 2014

Before: Peters, P.J., Lahtinen, Stein, McCarthy and Garry, JJ.

_____


     Monica A. Duffy, Committee on Professional Standards,
Albany, for petitioner.

     Kevin Patrick Galvin, Maplewood, New Jersey, respondent
pro se.

_____


Per Curiam.

     Respondent, who was admitted to practice by this Court in
1989, was suspended by this Court's order dated January 30, 2014
for failure to comply with the attorney registration requirements
of Judiciary Law § 468-a (113 AD3d 1020 [2014).

     Respondent now requests reinstatement on the ground that he
has complied with the attorney registration requirements of
Judiciary Law § 468-a and the Rules of the Chief Administrator of

the Courts (see 22 NYCRR part 118). Petitioner does not object to respondent's application.

Respondent's application is granted and he is ordered reinstated, effective immediately.

Peters, P.J., Lahtinen, Stein, McCarthy and Garry, JJ., concur.

ORDERED that respondent's application is granted; and it is further

ORDERED that respondent is reinstated as an attorney and counselor-at-law in the State of New York, effective immediately.

ENTER:

Robert D. Mayberger
Clerk of the Court